IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

CHARLES EUGENE THORNTON, II,    )
                                )
             Plaintiff,         )
                                )
vs.                             )        CV-02-PT-2297-M
                                )
CITY OF BIRMINGHAM,             )
                                )
             Defendant.         )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 22, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on June 3, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 16TH day of _____June_____, 2003.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE